# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-25-00226-CR

**Mike Escobedo, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 22ND DISTRICT COURT OF COMAL COUNTY
### NO. CR2022-212A, THE HONORABLE GLENN H. DEVLIN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Mike Escobedo has filed a voluntary motion to dismiss his appeal. The motion is signed by both appellant and his attorney. *See* Tex. R. App. P. 42.2(a). We grant the motion and dismiss the appeal. *See id.*

_____

Maggie Ellis, Justice

Before Chief Justice Byrne, Justices Crump and Ellis

Dismissed on Appellant's Motion

Filed: November 26, 2025

Do Not Publish